# Court of Appeals
# of the State of Georgia

ATLANTA,____May 24, 2016_____

*The Court of Appeals hereby passes the following order:*

## A16A0620. FULLER v. WHITEHEAD et al.

The appellant having moved to withdraw her appeal, the motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____05/24/2016_____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*